UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 2:25CR-21 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Rights Under Color |
| BUCK WILLIAM ALDRIDGE | ) | of Law |
| | ) | |
| | ) | 18 U.S.C. § 1519 |
| | ) | Destruction, Alteration, or |
| | ) | Falsification of Records in |
| | ) | Federal Investigations |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about January 6, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived Victim 1, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.

Specifically, **BUCK WILLIAM ALDRIDGE**, without legal justification, tased and kicked Victim 1. The offense resulted in bodily injury to Victim 1 and involved the use of a dangerous weapon, to wit, a Taser X26 electronic control weapon.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT TWO
*Falsification of Records*
18 U.S.C. § 1519

On or about January 6, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative report as part of a Camden County Sheriff's Office Use of Force report regarding the arrest of Victim 1 that he knew to be false, in that, in purporting to describe the force used by **BUCK WILLIAM ALDRIDGE** against Victim 1 in the course of Victim 1's arrest, it omitted any mention of **BUCK WILLIAM ALDRIDGE** having kicked Victim 1; and in that, in purporting to describe the force used by **BUCK WILLIAM ALDRIDGE** against Victim 1, it falsely stated that Victim 1 failed to comply with verbal commands before the Defendant discharged his Taser, when in fact, as the Defendant then well knew, the Defendant had not given Victim 1 any verbal commands before discharging his Taser.

All in violation of Title 18, United States Code, Section 1519.

2

## COUNT THREE
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about August 31, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived Victim 2, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.

Specifically, **BUCK WILLIAM ALDRIDGE**, without legal justification, tased Victim 2 in the back while Victim 2 was handcuffed, then used the pistol grip of a Taser X26 electronic control weapon to compress Victim 2's neck. The offense resulted in bodily injury to Victim 2 and involved the use of a dangerous weapon, to wit, a Taser X26 electronic control weapon.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT FOUR
*Falsification of Records*
18 U.S.C. § 1519

On or about August 31, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Use of Force report regarding the arrest of Victim 2 that he knew to be false, in that it stated that Victim 2 "began running away" from the Defendant before the Defendant tased Victim 2, when in fact, as the Defendant then well knew, Victim 2 did not run away from the Defendant or any other law enforcement officer during the incident in question; and in that it stated that **BUCK WILLIAM ALDRIDGE** "attempted to use physical Force to stop [Victim 2]" before deploying his Taser, when in fact, as the Defendant then well knew, the Defendant did not use other physical force against Victim 2 before tasing Victim 2; and in that it omitted any mention of **BUCK WILLIAM ALDRIDGE** having used the pistol grip of his Taser X26 electronic control weapon to compress Victim 2's neck.

All in violation of Title 18, United States Code, Section 1519.

## COUNT FIVE
*Falsification of Records*
18 U.S.C. § 1519

On or about August 31, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Supervisory Taser Use Report relating to the arrest of Victim 2 in which he stated that he "attempted to physically control the subject as he ran from and began to physically resist," [sic] when in fact, as the Defendant then well knew, Victim 2 did not run from the Defendant or any other law enforcement officer during the incident in question.

All in violation of Title 18, United States Code, Section 1519.

## COUNT SIX
*Falsification of Records*
18 U.S.C. § 1519

On or about August 31, 2021, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Case Report relating to the arrest of Victim 2 in which he stated that Victim 2 "ran from me," when in fact, as the Defendant then well knew, Victim 2 did not run from the Defendant or any other law enforcement officer during the incident in question.

All in violation of Title 18, United States Code, Section 1519.

## COUNT SEVEN
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about June 24, 2022, in Glynn County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived Victim 3, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.

Specifically, **BUCK WILLIAM ALDRIDGE**, without legal justification, punched Victim 3 in the face. The offense resulted in bodily injury to Victim 3.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT EIGHT
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about June 24, 2022, in Glynn County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived Victim 3, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.

Specifically, **BUCK WILLIAM ALDRIDGE**, without legal justification, repeatedly tased Victim 3 after Victim 3 had ceased resisting arrest. The offense resulted in bodily injury to Victim 3 and involved the use of a dangerous weapon, to wit, a Taser X26 electronic control weapon.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT NINE
*Falsification of Records*
18 U.S.C. § 1519

On or about June 24, 2022, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Case Report documenting a false account of his interactions with Victim 3, intended to cover up the unlawful force he had used against Victim 3 as described in Count Seven. The narrative was false and misleading in that Defendant omitted that he punched Victim 3 in the face, when in fact, as the Defendant then well knew, he had punched Victim 3 in the face causing bodily injury.

All in violation of Title 18, United States Code, Section 1519.

## COUNT TEN
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about August 26, 2023, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived Victim 4, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.

Specifically, **BUCK WILLIAM ALDRIDGE**, without legal justification, struck Victim 4 in the back of the head with a taser. The offense resulted in bodily injury to Victim 4.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT ELEVEN
*Falsification of Records*
18 U.S.C. § 1519

On or about August 26, 2023, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Case Report documenting a false account of his interactions with Victim 4, intended to cover up the unlawful force he had used against Victim 4 as described in Count Ten. The narrative was false and misleading in that Defendant omitted that he struck Victim 4 in the back of the head with a taser, when in fact, as the Defendant then well knew, he had struck Victim 4 in the back of the head causing injury.

All in violation of Title 18, United States Code, Section 1519.

## COUNT TWELVE
*Falsification of Records*
18 U.S.C. § 1519

On or about August 26, 2023, in Camden County, in the Southern District of Georgia, the Defendant,

**BUCK WILLIAM ALDRIDGE,**

acting in relation to and in contemplation matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Camden County Sheriff's Office Case Supplement Report documenting a false account of his interactions with Victim 4, intended to cover up the unlawful force he had used against Victim 4 as described in Count Ten. The narrative was false and misleading in that Defendant omitted that he struck Victim 4 in the back of the head with a taser, when in fact, as the Defendant then well knew, he had struck Victim 4 in the back of the head causing injury.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THIRTEEN
*Falsification of Records*
18 U.S.C. § 1519

On or about August 26, 2023, in Camden County, in the Southern District of Georgia, the Defendant,

### BUCK WILLIAM ALDRIDGE,

acting in relation to and in contemplation matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, **BUCK WILLIAM ALDRIDGE** wrote a narrative as part of a Complaint in the Juvenile Court of Camden County, "JUV-96-2", documenting a false account of his interactions with Victim 4, intended to cover up the unlawful force he had used against Victim 4 as described in Count Ten. The narrative was false and misleading in that Defendant omitted that he struck Victim 4 in the back of the head with a taser, when in fact, as the Defendant then well knew, he had struck Victim 4 in the back of the head causing injury.

All in violation of Title 18, United States Code, Section 1519.

*Signatures on following page*

A True Bill.

_____
Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

14