UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 2:25CR-21 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Rights Under Color |
| BUCK WILLIAM ALDRIDGE | ) | of Law |
| | ) | |
| | ) | 18 U.S.C. § 1519 |
| | ) | Destruction, Alteration, or |
| | ) | Falsification of Records in |
| | ) | Federal Investigations |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Counts 1, 3,7,8 & 10:**
**Deprivation of Rights Under Color of Law**
18 U.S.C. § 242
- Not more than ten (10) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release;
- $100 special assessment.

**Counts 2, 4-6, 9, & 11-13:**
**Destruction, Alteration, or Falsification of Records in Federal Investigations**
18 U.S.C. § 1519

- Not more than twenty (20) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three (3) years of supervised release;
- $100 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Jennifer J. Kirkland*

Jennifer J. Kirkland
Assistant United States Attorney
New York Bar No. 4838611